**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| STEVEN D. McCLAM, #339285 | : | |
| Plaintiff | : | |
| v. | : | Civil Action No. RWT-06-3244 |
| WARDEN | : | |
| Defendant | : | |

. . . . . . .o0o. . . . . . .

## MEMORANDUM OPINION

Before the Court is a pro se civil rights complaint filed by Steven D. McClam, an inmate at the Maryland House of Correction. On February 5, 2007, the Court granted Plaintiff twenty days to supplement the complaint and to either file for leave to proceed in forma pauperis or submit the $350.00 filing fee. Plaintiff has failed to comply with the Court's directions.

As filed, the Complaint lacks specific factual allegations, dates, names, and times to support Plaintiff's otherwise conclusory assertions. The Court therefore directed Plaintiff to provide specific facts including the dates of the incidents alleged, the names of persons involved in each incident, and how Plaintiff was injured by the purported conduct. Without this information, the Complaint fails to state a cause of action upon which relief may be granted. In consequence, this matter will be dismissed without prejudice by separate Order.

Date: 3/13/07

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE